

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00435-CR

Eric **WILLRICH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11728A
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's order denying appellant Eric WILLRICH's motion to suppress is AFFIRMED. No costs are assessed as the appellant is indigent.

SIGNED March 13, 2024.

_____
Irene Rios, Justice